# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MICHAEL JACKSON,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 751(a) |
| **Defendant.** | : | (Escape from Custody) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about March 17, 2018, within the District of Columbia, **MICHAEL JACKSON**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the District Court for the Western District of Pennsylvania upon conviction for the commission of Attempt to Obtain Contraband in Prison, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(1).

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.